

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------X

EDMIN ALICEA,

                    Plaintiff,

        -against-

THE CITY OF NEW YORK,
POLICE OFFICER ALEJANDRO RIVAS (TAX 925987),
DETECTIVE RICHARD BABOOLAL (TAX 924906),
POLICE SERGEANT FREDY CRUZ (TAX 915528),
POLICE OFFICER PAUL ARICO (TAX 903358),
POLICE OFFICER TERRENCE MCGRATH (TAX 924169)
and POLICE OFFICER BRENDAN REGAN (TAX 904868),

                    Defendants.

Case Number: 13 CV 7073 (JGK) (GWG)

-------------------------------------------X

                    26 Court Street
                    Brooklyn, New York

                    January 7, 2015
                    11:25 a.m.


        EXAMINATION BEFORE TRIAL of Defendant PAUL

ARICO, taken by the Plaintiff, held at the above

time and place, before Joseph Adler, a Stenotype

Reporter and Notary Public of the State of New York,

pursuant to Notice and Stipulations between counsel.

1

2    A P P E A R A N C E S:

3

4    REIBMAN & WEINER, ESQS.
               Attorneys for the Plaintiff
5                  26 Court Street, Suite 1808
                   Brooklyn, New York 11242
6    BY: JESSICA MASSIMI, ESQ.

7

8

9

     NEW YORK CITY LAW DEPARTMENT
10   OFFICE OF THE CORPORATION COUNSEL
               Attorneys for the Defendants
11                 100 Church Street
                   New York, New York  10007
12   BY: BRIAN J. FARRAR, ESQ.

13

14

15

16

17

18

19

20

21

22

23

24

25

1                         ARICO

2        Q    As a police officer, do you have a duty to

3    preserve evidence of a crime?

4              MR. FARRAR:  Objection.

5        A    Yes, you do.

6        Q    As a police officer, do you have a duty to

7    preserve drugs which you believe are in possession

8    of an arrestee?

9        A    Yes, you do.

10       Q    When you arrested Mr. Alicea on March 27,

11   2012, did you believe that he was in possession of

12   drugs?

13             MR. FARRAR:  Objection.

14       A    I did not arrest Mr. Alicea.

15       Q    Were you present for his arrest?

16       A    I don't recall.

17       Q    Officer, I am just going to ask you to

18   take a look at this document, and just let me know

19   when you are finished.

20       A    Okay.

21       Q    I have just handed you documents that your

22   attorneys produced, which are marked Defense 131 and

23   132.  Can you please tell me what that document is?

24       A    This is my memo book entries, my memo book

25   and my memo book entries for 3/27/12.

1                        ARICO

2          MS. MASSIMI:  Can you just mark this?

3                        (Memo Book Entries were marked

4                        as Plaintiff's Exhibit 2 for

5                        identification, as of this

6                        date.)

7     Q     We have just had that document marked as

8  Plaintiff's Exhibit 2.  Officer, please just read

9  all of the entries that are part of this exhibit,

10  including the time entries, and if there are

11  abbreviations, read the abbreviations, and then tell

12  me what they stand for.

13     A     Tuesday, 3/27, tour, ten to six,

14  assignment, Conditions.  0930, PFD, which is present

15  for duty.  11:00 o'clock, 98, which means I'm out on

16  patrol in 590, which is a vehicle, with Regan,

17  McGrath, and Rivas.  1500, PC, which is a post

18  change to auxiliary.  1805, end of a tour, EOT, and

19  then my signature.  Keep going?

20     Q     Yes.  The whole thing.

21     A     Wednesday, 3/28, tour, ten to six,

22  assignment, auxiliary.  1130, LT, which is lost

23  time.  Up front, present for duty, PFD.  12:00

24  o'clock, 62 administrative, 62 ASH, which is 62

25  administrative station house.  1805, end of tour and

1                              ARICO

2    then my signature.

3         Q    The entry from Tuesday the 27th at 1500

4    hours, what does that say?

5         A    PC, post change.

6         Q    To auxiliary?

7         A    That is correct.

8         Q    What does that indicate?

9         A    That at 1500 I was done with my Conditions

10   thing, and I post changed to auxiliary, my auxiliary

11   coordinator spot.

12        Q    In the 1100 entry, what does that entire

13   entry indicate?

14        A    1100 is when I went out in a vehicle 590

15   with Officer Regan, McGrath, and Officer Rivas.

16        Q    The four of you were all in the same

17   vehicle?

18        A    Correct.

19        Q    Were you all in the same vehicle until

20   your post changed at 1500 hours?

21        A    I don't recall.

22        Q    Did you ever split off from Regan,

23   McGrath, and Rivas before your post changed?

24        A    I don't recall.

25        Q    You were on duty on March 27, 2012,

1                          ARICO

2     correct?

3          A     Correct.

4          Q     What tour were you working?

5          A     0930 by 1805, commonly known as a ten to

6     six.

7          Q     When was the last tour you worked before

8     that tour?

9          A     My RDOs are Sunday, Monday, so it would

10    have been Saturday.

11         Q     What are RDOs?

12         A     Regular days off.

13         Q     What were your responsibilities during

14    your tour on March 27, 2012?

15               MR. FARRAR:  Objection.

16         A     For the beginning part of the day, I was

17    with the Conditions Unit, and for the latter part of

18    the day, I was with the auxiliary.

19         Q     Had you worked those assignments before?

20         A     Yes, I had.

21         Q     You were briefed at the beginning of your

22    tour?

23         A     I'm sorry?

24         Q     Were you briefed at the beginning of your

25    tour?

1                    ARICO

2        A    Briefed by --

3        Q    Do you have a supervisor?

4        A    Yes, I do.

5        Q    Do they ever give you instructions at the

6    beginning of your shift for the day?

7             MR. FARRAR:  Objection.

8        A    Yes, they do.

9        Q    Did you receive any instructions at the

10   beginning of your shift on that day?

11       A    I don't recall.

12       Q    Explain to me what you were doing with

13   Officers Regan, McGrath, and Rivas that day starting

14   from the moment when you first saw them at the

15   precinct.

16            MR. FARRAR:  Objection.

17       A    I don't remember exactly when I saw them.

18   I came in at 0930.  I would have done some

19   administrative work and then suited up and then went

20   out on patrol about 11:00 o'clock, at 11:00 o'clock.

21       Q    What happened when you went on patrol?

22       A    I don't understand your question.

23       Q    What did you do?  What was the first thing

24   you did when you were on patrol with those other

25   officers?

1                          ARICO

2      A    I don't recall.

3      Q    Where were you sitting in the vehicle?

4      A    I'm sorry; I don't recall.

5      Q    Who was driving the vehicle?

6      A    I don't recall that either.

7      Q    Was it typical for four officers to patrol

8   in the same vehicle?

9      A    Not usually.

10      Q    Why would there have been four officers

11   patrolling in the same vehicle that day?

12           MR. FARRAR:  Objection.

13      A    There might not have been vehicles -- any

14   other vehicles available at that time.

15                (A recess was taken.)

16                (Requested testimony was read.)

17      Q    The memo book entry that you have at 1100

18   hours states that you went out on patrol with Regan,

19   McGrath, and Rivas, correct?

20      A    Correct.

21      Q    Then your next memo book entry is six

22   hours later, correct?

23      A    No.

24      Q    I am sorry.  Am I missing something?  When

25   is your next memo book entry?

1                         ARICO

2      A    1500, 3:00 o'clock in the afternoon.

3      Q    It is four hours later, correct?

4      A    Correct.

5      Q    Sorry.

6      A    That's all right.

7      Q    What did you do during those four hours?

8           MR. FARRAR:  Objection.

9      A    I was on patrol with the Conditions team.

10     Q    Do you remember making any arrests?

11     A    No, I do not.

12     Q    Do you remember stopping anyone?

13     A    No, I don't.

14     Q    Do you have an independent recollection of

15   anything that happened during that four-hour period

16   between 1100 hours and 1500 hours?

17     A    No, I don't.  I wish I did.  No.

18     Q    I am going to show you what has been

19   marked as Plaintiff's Exhibit 1 for Officer

20   McGrath's deposition, and I am just going to show

21   this to you and ask you to read it, and let me know

22   when you are done.

23     A    Okay.

24     Q    You have had a chance to review

25   Plaintiff's Exhibit 1, which is Officer McGrath's

1                      ARICO

2    memo book entries for March 27, 2012, correct?

3        A    Correct.

4        Q    You have read the entries from 1100 to

5    1550, correct?

6        A    Correct.

7        Q    Were you present for any of the activity

8    that is indicated in Officer McGrath's memo book for

9    that period of time?

10            MR. FARRAR:  Objection.

11       A    I don't recall.

12               (A recess was taken.)

13       Q    Officer, I am now going to show you

14   Plaintiff's Exhibit 2 from Officer Rivas's

15   deposition on August 19, 2014.  Can you just take a

16   look at that, and let me know when you have had a

17   chance to review it?

18       A    Okay.

19       Q    These are documents which were produced by

20   your attorney, and they are labeled Defense

21   Production 50, 51, and 52, and as I said earlier,

22   they have already been marked as Plaintiff's Exhibit

23   2 as of August 19, 2014.  Can you just read out

24   loud, if you can, these entries?

25       A    That says 3/27/12, 33rd Precinct, 0930 by

1                    ARICO

2    1805.  0930, present for duty.  It looks like C

3    equals R.  M equals, M equals.  I can't read the

4    next post.  Equals Condition.  PO Arico, PO McGrath,

5    PO Regan.  It says something results, negative

6    results.  I can't read the next couple words.  1335,

7    one under.  Alicea, Edwin [sic], MH, which is a male

8    Hispanic, and I can't read the next line.  1400,

9    confirmed ID at 33rd Precinct.  Looks like 1430.

10   OLBS processing.  1550, fingerprint processing.

11   1845, voucher.  And then the last -- I can't read

12   the last time.  It looks like 0001 EOT and then a

13   signature.

14       Q    Does any of that refresh your recollection

15   about what you might have been doing on March 27,

16   2012 between 1100 and 1500 hours?

17       A    No, it does not.

18       Q    Officer, I am going to ask you to take a

19   look at another document, which has previously been

20   marked as Plaintiff's Exhibit 1 from Officer

21   Baboolal's deposition on August 21, 2014, and they

22   are documents that were produced by your attorney

23   bearing stamp Nos. Defense Production 59 and 60.

24   Please just take a look at those documents, and let

25   me know when you are finished.

1                          ARICO

2        A     Okay.

3        Q     You have just taken a look at what is

4   Officer Baboolal's memo book entries for the date in

5   question, and does the information contained in this

6   memo book at all refresh your recollection about

7   what you might have been doing between 1100 and 1500

8   hours on March 27, 2012?

9        A     No, it does not.  Unfortunately this

10  incident happened over three years ago, almost three

11  years ago now, and I don't have any recollection.

12  I'm sorry.

13       Q     Officer, I am now going to show you what

14  has been previously marked as Plaintiff's Exhibit 3

15  from Officer Rivas's deposition on August 19, 2014,

16  and it is a document that was previously produced by

17  your attorney bearing stamp No. Defense Production

18  6.  Can you please just look at this document, and

19  let me know when you are finished?

20       A     Okay.

21       Q     Have you had a chance to review this

22  document --

23       A     Yes, I have.

24       Q     -- which has been marked as Plaintiff's

25  Exhibit 3 from August 19, 2014?  What is this

PAUL ARICO

1                        ARICO

2    document?

3         A    This is the affidavit that the assistant

4    district attorney would draw up and the arresting

5    officer would swear to and sign off on.

6         Q    From what you could read here, is this the

7    criminal complaint for the plaintiff in this case?

8         A    Yes, it is.

9         Q    Having read it, does this at all refresh

10   your recollection about what you might have been

11   doing between 1100 and 1500 hours on March 27, 2012?

12        A    No, it does not.

13        Q    Do you remember arresting somebody for

14   attempted tampering with physical evidence on March

15   27, 2012?

16        A    No, I do not.

17        Q    Do you recall observing anyone swallowing

18   marijuana on March 27, 2012?

19        A    No, I do not.

20        Q    Do you recall arresting somebody for

21   allegedly swallowing marijuana on March 27, 2012?

22        A    I did not make any arrests on that date.

23        Q    Do you recall being present for any

24   arrests of individuals for swallowing marijuana on

25   March 27, 2012?

1                        ARICO

2      A    No, I do not.

3      Q    Do you recall observing any alleged drug

4    transactions on March 27, 2012?

5      A    No, I do not.

6      Q    Do you recall being present for any

7    arrests on March 27, 2012?

8      A    No.  Like I said, this happened almost

9    three years ago, and I don't.  I'm sorry.

10     Q    Do you recall observing any hand-to-hand

11   transactions on March 27, 2012?

12     A    No, I do not.

13     Q    Do you recall discussing with Officer

14   Rivas any hand-to-hand transactions that occurred on

15   March 27, 2012?

16     A    What was your question?

17          MS. MASSIMI:  Could you read it back?

18          (Requested testimony was read.)

19     A    No, I do not.

20     Q    Do you recall discussing with Officer

21   Rivas at any point any arrests that occurred on

22   March 27, 2012 for attempted tampering with physical

23   evidence?

24     A    From that date?  Are you asking me on that

25   date did I have any discussions with him?

1                          ARICO

2        Q    At any point including on that date, did

3   you have any discussions with Officer Rivas about

4   arrests on that date regarding attempted tampering

5   with physical evidence?

6        A    Yes, we spoke.  I spoke to him in regards

7   to this -- in regards to the -- the lawsuit and --

8   hoping it would refresh my recollection, but it did

9   not.

10       Q    Do you remember having any conversations

11  on March 27, 2012 with Officer Rivas regarding

12  arrests made for attempted tampering with physical

13  evidence?

14       A    On the date in question?

15       Q    Yes.

16       A    No, I do not.

17       Q    Do you remember having any conversation

18  with Richard Baboolal about attempted tampering of

19  physical evidence, arrests made for attempted

20  tampering of physical evidence on March 27, 2012?

21       A    On that specific date?

22       Q    Yes.

23       A    No, I do not.

24       Q    What about the dates following that?

25       A    Yeah.  When we were served with papers for

1                          ARICO

2    the lawsuit to see if it would help refresh my

3    recollection but it did not.

4         Q    Did you ever discuss with Sergeant Fredy

5    Cruz, Terrence McGrath, or Brendan Regan any arrests

6    made on March 27, 2012 for attempted tampering with

7    physical evidence?

8              MR. FARRAR:  Objection.

9         A    Again, also on that date in question?  No,

10   I do not recall.

11              (A recess was taken.)

12        Q    Can you just take a look at the documents

13   I have just handed to you, which have been produced

14   by your attorney, bearing stamp Nos. Defense

15   Production 128 to 130?

16        A    Okay.

17        Q    Have you had a chance to review that

18   document?

19        A    Yes.

20              MS. MASSIMI:  Can you just mark this?

21                      (Memo Book Entries were marked

22                       as Plaintiff's Exhibit 3 for

23                       identification, as of this

24                       date.)

25        Q    Officer, you have had a chance to review

1                          ARICO

2    this document.  Would you agree that this is Officer

3    Regan's memo book entries from March 27, 2012?

4         A    Yes.

5         Q    Does anything contained in this document

6    refresh your recollection about what you might have

7    been doing on March 27, 2012 between 1100 and 1500

8    hours?

9         A    No, it does not.

10        Q    Did you observe Mr. Alicea's conduct at

11   the scene of his arrest on March 27, 2012?

12             MR. FARRAR:  Objection.

13        A    I don't recall.

14        Q    Do you recall conducting an investigation

15   at the scene of the arrest on March 27, 2012?

16             MR. FARRAR:  Objection.

17        A    I don't recall.

18        Q    Do you recall when the last time was that

19   you saw Officer Rivas on March 27, 2012?

20        A    No, I do not.

21        Q    Do you recall the last time that you saw

22   Officer Baboolal on March 27, 2012?

23        A    No, I don't.

24        Q    Do you recall the last time that you saw

25   Sergeant Cruz on March 27, 2012?

1                              ARICO

2          A     No, I do not.

3          Q     Do you recall the last time that you saw

4    Officer McGrath on March 27, 2012?

5          A     No.  No, I do not.

6          Q     Do you recall the last time that you saw

7    Officer Regan on March 27, 2012?

8          A     No, I do not.

9          Q     Do you know if there was any video

10   surveillance of the area around 621 West 172nd

11   Street on March 27, 2012?

12         A     I do not know.

13         Q     Did you observe Mr. Alicea, the plaintiff

14   in this case, resist any efforts to arrest him on

15   March 27, 2012?

16         A     I do not know.

17         Q     Did you have any physical contact with any

18   arrested persons on March 27, 2012?

19         A     I don't recall.

20         Q     Do you recall putting handcuffs on any

21   arrested people on March 27, 2012?

22         A     No, I do not.

23         Q     Do you recall assisting other officers in

24   handcuffing any other arrested people on March 27,

25   2012?

1                          ARICO

2        A    No, I do not.

3        Q    Do you recall observing Officer Rivas make

4   any arrests on March 27, 2012?

5        A    No, I do not.

6        Q    Do you recall observing Officer Baboolal

7   make any arrests on March 27, 2012?

8        A    No, I do not.

9        Q    Do you recall observing Officers Regan or

10  McGrath make any arrests on March 27, 2012?

11       A    No, I do not recall.

12       Q    Do you recall observing any arrests take

13  place on March 27, 2012?

14       A    No, I do not.

15       Q    Did you ever observe Mr. Alicea

16  complaining to anyone that his handcuffs were

17  applied too tightly or were causing him pain on

18  March 27, 2012?

19       A    No, I do not.

20       Q    Do you recall observing any injured

21  arrestees on March 27, 2012?

22       A    No, I do not.

23       Q    Did you ever speak to anyone from the

24  district attorney's office on March 27, 2012?

25       A    No, I did not.

1                    ARICO

2       Q    Did you ever speak to any members of the

3   district attorney's office regarding events that

4   happened on March 27, 2012?

5       A    No, I don't recall.

6       Q    Do you recall anything about the arrest

7   and prosecution of Mr. Alicea on March 27, 2012?

8       A    No, I do not.

9       Q    Do you regularly keep a memo book for your

10  duties as a police officer?

11      A    Yes, I do.

12      Q    Did you make any entries in your memo book

13  related to this incident?

14      A    No, I did not.

15      Q    Did you make any other records anywhere in

16  other paperwork regarding this incident?

17      A    No, I did not.

18      Q    How would you describe your relationship

19  with Officer Rivas?

20           MR. FARRAR:  Objection.

21      A    Very good.

22      Q    Are you still in touch with him?

23      A    Yes.

24      Q    Are you still at the 33rd Precinct?

25      A    Yes, I am.

1                      ARICO

2      Q    Are you still a member of the Conditions

3 Unit?

4      A    No, I am not.

5      Q    Why not?

6      A    I am an auxiliary coordinator.

7      Q    Is that a promotion or demotion or just a

8 switch?

9      A    Just a switch, a lateral move.

10     Q    Have you ever had to give any other

11 statements or testimony at any other point regarding

12 any events that happened on March 27, 2012?

13     A    No, I have not.

14     Q    Do you recall whether Officer Rivas

15 arrested a female on March 27, 2012?

16     A    I don't recall.

17     Q    Do you recall if any other members of the

18 Conditions Unit arrested a female on March 27, 2012?

19     A    No, I do not.

20              (A recess was taken.)

21     Q    Officer, have you now told me everything

22 you remember about the events on March 27, 2012?

23     A    Yes, I have.

24              (Continued on the following page

25                  to accommodate the jurat.)

1

2      Q      Have you now told me everything you

3   remember about the arrest and prosecution of Edmin

4   Alicea from March 27, 2012?

5      A      Yes, I have.

6           MS. MASSIMI:  Thank you.  I have no

7        further questions.

8              (Whereupon, the proceedings were

9         concluded at 12:44 p.m.)

10

11                         _____

                           Paul Arico

12

    Subscribed and sworn to before me

13

    this _____ day of _____ 20___.

14

15  _____

       NOTARY PUBLIC

16

17

18

19

20

21

22

23

24

25

1

2                    I N D E X

3

4    WITNESS           EXAMINATION BY    PAGE

5    Paul Arico        Ms. Massimi       4-55

6

7                      REQUESTS

8    DESCRIPTION                        PAGE

9                    (None)

10

11                   INSERTS

12                   (None)

13

14                   E X H I B I T S

15   Plaintiff's        DESCRIPTION        PAGE

16   2              Memo Book Entries      37

17   3              Memo Book Entries      49

18

19

20

21

22

23

24

25

1

2                C E R T I F I C A T E

3

4    STATE OF NEW YORK )

5    COUNTY OF QUEENS   )

6

7            I, JOSEPH ADLER, a stenotype reporter and

8    Notary Public within and for the State of New York,

9    do hereby certify that:

10

11                    PAUL ARICO

12

13           The witness whose Examination Before Trial

14   is hereinbefore set forth, was first duly sworn by

15   me, and that such Examination Before Trial is a true

16   and accurate record of the testimony given by said

17   witness; and I further certify that I am not related

18   to any of the parties of this action by blood or

19   marriage and that I am in no way interested in the

20   outcome of this matter.

21           IN WITNESS WHEREOF, I have hereunto set my

22   hand this 18th day of January, 2015.

23

24   _____

                    JOSEPH ADLER

25