DoI 3/27/12

CITY OF NEW YORK  
**POLICE DEPARTMENT**  
A 854633

Name: Rivas, Alejandro  Tax Reg. No. 925987

Date Opened: 3/9/12  Supervisory Officer: [signature]

Date Closed: 9/27/12  Supervisory Officer: [signature]

PD 112-145 (07-09)

| | | |
|---|---|---|
| | Post= Court | |
| 0800 | 10-84 (court) | |
| 1635 | E.O.T - [signature] | |
| 3/24/12 | 33 pct | 0930 x 1805 |
| 0930 | Present for Duty | |
| | C= R= M= M= | |
| | Post= Cond | |
| | Nrc- Results Narcotic Search | |
| 1100 | 10-75D (w/ 1685 & Burr) | |
| 1200 | 10-98 Nes. Results | |
| 1600 | E.O.T - [signature] | |
| 3/25/12 | RDO | |
| 3/26/12 | RDO | |
| 3/27/12 | 33 pct | 0930 x 1805 |
| 0930 | Present for Duty | |
| | C= R= M= M= | |
| | Post= Cond / P. Snow / P. | |
| | McGrath / P. Vega | |
| | Nrc. Results Narcotic Search | |
| 1335 | 1- under- Aliceu, Edwin | |
| | M/H. Church: CPM / Thompson | |
| | W/ Evidence / OP P. Badoshi / | |
| | Alo Rivas / Sgt. Cruz notified | |

1400 Conference IP @ 33 Pct
1410 OLBS Processing
1550 Fingerprint Prwash + DS
1845 Voucher [signature]
0005 E.O.T - [signature]

7/28/12  33 Pct           0800 X 1635
0800    Present for Duty
        C2  R2  M2  M2
        Post= Cond
        Mrs. Results modesta lunch
1115 Summons # 4337095 41 /[...]/43/44
     Lopez, Alicia  F/H  DOB 7/23/85
     O/A 1247 St. Nicholas Ave
1130    10-96 X 4
1235 E.O.T - [signature]

7/29/12  33 Pct           0800 X 1635
0800    Present for Duty
        C2  R2  M2  M2
        Post= Cond / Po Resun /Po
        McGrath
1226 Summons # 433709554 /55
     Chavez, Cecilia  F/H
     DOB 7/5/85
     P/O 3802 Broadway
1245    10-96       MOS
1330    10-61 (75th & Bdwy)
1635 E.O.T - [signature]

7/30/12  33 Pct           0800 X 1635
0800    Present for Duty