

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
EDMIN ALICEA,

        Plaintiff,

-against-

THE CITY OF NEW YORK,
POLICE OFFICER ALEJANDRO RIVAS (TAX 925987),
DETECTIVE RICHARD BABOOLAL (TAX 924906), and
POLICE SERGEANT FREDY CRUZ (TAX 915528),

        Defendants.

Case Number: 13 CV 7073 (JGK) (GWG)
------------------------------------------------X

        26 Court Street
        Brooklyn, New York
        August 21, 2014
        9:14 a.m.

        EXAMINATION BEFORE TRIAL of Defendant RICHARD BABOOLAL, taken by the Plaintiff, held at the above time and place, before Joseph Adler, a stenotype Reporter and Notary Public of the State of New York, pursuant to Notice and stipulations between counsel.

```
 1                    BABOOLAL
 2         Q    Were you able to recover those items from
 3    her?
 4         A    I didn't recover any items from her.
 5         Q    Did you take any steps to recover those
 6    items from her?
 7         A    No, I didn't take any steps recovering the
 8    items from her.
 9         Q    While in custody, did you observe
10    Mr. Alicea do anything that you believed gave rise
11    to probable cause to arrest him?
12              MR. FARRAR:  Objection.
13         A    What was that?
14         Q    While Mr. Alicea was in custody, did you
15    personally observe him do anything that you believed
16    gave rise to probable cause to arrest him?
17              MR. FARRAR:  Objection.
18         A    In custody meaning in the holding cell?
19         Q    Yes.
20         A    I didn't re-arrest him.
21         Q    What?
22         A    I did not re-arrest him.  What are you
23    referring --
24         Q    Did you observe him do anything illegal
25    that would have justified his arrest while he was in
```

RICHARD BABOOLAL

```
 1                      BABOOLAL
 2      the precinct?
 3          A    No.
 4          Q    Did you observe this female in your memo
 5      book do anything else illegal once she was already
 6      in custody?
 7          A    No.
 8          Q    To your knowledge, how many members of the
 9      NYPD were involved in the arrest and apprehension of
10      Mr. Alicea on March 27, 2012?
11          MR. FARRAR:  Objection.
12          A    I don't know.
13          Q    To your knowledge, how many members of the
14      NYPD were involved in the arrest and apprehension of
15      the female you have noted in your memo book on March
16      27, 2012?
17          MR. FARRAR:  Objection.
18          A    I don't know.
19          Q    To your knowledge, was Officer Rivas
20      involved in the arrest and apprehension of the
21      female?
22          A    I know Officer Rivas processed.
23          MR. FARRAR:  What was that?
24          Q    To your knowledge, was Officer Rivas
25      involved in the arrest and apprehension of the
```