```
 1  CRIMINAL COURT OF THE CITY OF NEW YORK
 2  COUNTY OF NEW YORK
 3  PART AR 1
 4  ------------------------------------X
 5  THE PEOPLE OF THE STATE OF NEW YORK
 6
 7          - against-
                                          Docket No.:
 8                                        2012NY024709
 9  EDWIN ALICEA
10
                              Defendant.
11  ------------------------------------X
    100 Centre Street
12  New York, New York 10013
    March 28, 2012
13
14  B E F O R E:
    HONORABLE MARC WHITEN, Judge
15
    A P P E A R A N C E S:
16      FOR THE PEOPLE
            CYRUS R. VANCE, JR. ESQ.
17          District Attorney, New York County
            One Hogan Place
18          New York, New York 10013
            BY: ELIZABETH CLERKIN, ESQ.
19
20
21      FOR THE DEFENDANT
        NEW YORK COUNTY DEFENDER SERVICES
22      225 Broadway
        New York, New York 10013
23      BY: ZWI WASSERSTEIN, ESQ.
24
25
                    CAROL H. JAMES
                Official Court Reporter.
```

PLAINTIFF'S PRODUCTION NUMBER 50

COURT OFFICER: Docket ending 409, Edwin Alicea. Defendant is charged with attempted tampering with physical evidence.

MS. CLERKIN: On a plea to the charge, the People recommend one day community service.

MR. WASSERSTEIN: There is no interest.

THE COURT: Notices.

MS. CLERKIN: There are no notices. The People consent to the defendant's release.

THE COURT: It appears it's a first party complaint. Would you like a motion schedule?

MR. WASSERSTEIN: I would like a motion schedule respectfully, Judge.

THE COURT: Defense motions by 4/24. Response and decision, 6/23. Matter is adjourned to Part E and defendant is ROR'd.

(Continued on the next page.)

PLAINTIFF'S PRODUCTION NUMBER 51

MR. WASSSERSTEIN: Judge, 4/25 in Part E?

I don't want to try the Court's patience, but I have to make a short record because this case is somewhat unusual. My client is not charged with resisting arrest. Moreover, I must make a record that he has a bloody shirt, swollen -- badly swollen arm, and I believe that there is a possibility of police abuse in this case, and I needed to make that record to preserve my client's rights and remedies.

THE COURT: Thank you, you made your record.

** ** **

I, Carol H. James, hereby certify that the above is a true and accurate copy of my stenographic notes.

*[signature]*
CAROL H. JAMES
Official Court Reporter

PLAINTIFF'S PRODUCTION NUMBER 52