UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDMIN ALICEA,

                Plaintiff,

    - against -

THE CITY OF NEW YORK, ET. AL.,

                Defendants.

13-cv-7073 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The Court forwards the attached letter that the Court received from a juror. The letter does not affect anything that the Court does. The Court will file the letter under seal and has redacted the juror's address in the copy sent to the parties.

SO ORDERED.

Dated:    New York, New York
           September 6, 2016

                                    John G. Koeltl
                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 9-6-16

1



15 August 2016

Dear Judge Koeltl,

I was a juror in last week's case Alicea vs. Arico et al. This was my 3rd time serving as a juror, and I wanted to take a minute to thank you for creating such a professionally run courtroom and for taking the time to explain things to the jury. You always kept things moving quickly, and I appreciate that.

But the main reason for my note is to thank you for always sending coffee, tea & danish to the jury room. I know the govt doesn't provide that, so thank you.

Regards,
Alan