UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDMIN ALICEA,

                Plaintiff,

-against-

CITY OF NEW YORK, et al.,
                Defendants.
------------------------------------------------------------X

13 **CIVIL** 7073 (JGK)

**JUDGMENT**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/2016

A Jury Trial before the Honorable John G. Koeltl, United States District Judge, having begun on August 8, 2016, and at the conclusion of the trial, on August 11, 2016, the jury having rendered a verdict in favor of the Plaintiff in the amount of $175,000, against defendant Paul Arico, it is,

**ORDERED, ADJUDGED AND DECREED:** That the Plaintiff have judgment in the sum of $175,000, as against Defendant Paul Arico, and that all other claims are dismissed.

DATED: New York, New York
          September 6, 2016

So Ordered:

_____
USDJ

**RUBY J. KRAJICK**
Clerk of Court

BY: _____
Deputy Clerk